UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMES BAZEMORE,

*Defendant.*

ORDER

20 Cr. 573 (NSR)

The Court has received a request by Damian Williams, United States Attorney for the Southern District of New York, by Assistant United States Attorney Christopher Brumwell, that the indictment in this matter be dismissed pursuant to the plea agreement entered into by the defendant and the Government in *United States v. James Bazemore*, 22-cr-234.

With full consideration having been given to the matter set forth therein, it is hereby ORDERED that the Indictment in this case is dismissed.

IT IS SO ORDERED.

Dated:   October 4, 2024
         White Plains, New York

By:_____
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2024